UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-21734-CIV-King/Garber

JOHN DOUGHTON,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,
A Delaware corporation,

    Defendant.
_____/

## OMNIBUS ORDER

THIS CAUSE is before the Court on plaintiff's Motion to Compel Discovery (DE 45) and defendant's response in opposition. No hearing was held.

Rule 26.1H2 of the Local Rules of the Southern District of Florida sets forth the required composition of Motions to Compel. The intent of such rule is to allow the Court to consider such motion that is set forth with clarity as required by the Rule. The Motion now before the Court fails to comply with the requirements of Rule 26.1H2 and is therefore deficient. Accordingly, it is hereby

ORDERED THAT PLAINTIFF'S Motion to Compel Discovery is DENIED WITHOUT PREJUDICE. Said Motion may be resubmitted in full compliance with the requirements of the Local Rule.

DONE AND ORDERED in Chambers at Miami, Florida this 22nd day of March, 2007.

*/s/ Barry L. Garber*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE